MORRIS GOLDSTEIN, Appellant, *v.* HENRY PARKER, Respondent.

(Argued May 4, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 4, 1891, which modified, and affirmed as modified, a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Special Term.

*S. W. Rosendale* for appellant.

*H. Joseph* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

GEORGE W. PALMER, Respondent, *v.* EUGENE H. CONANT et al., Appellants.

(Argued May 5, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 6, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellants.

*P. H. Fitzgerald* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.